UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **HAL GEORGE McKOY,** ) <br> ) <br>        **Movant**      ) <br> ) <br> v. ) <br> ) <br> **UNITED STATES OF AMERICA** ) <br> ) <br>       **Respondent**   ) | **Criminal No. 2:09-cr-56-DBH-01** <br> **(Civil No. 2:12-cv-347-DBH)** |

**ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On January 4, 2013, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommended Decision on 28 U.S.C. § 2255 Motion. The movant filed his objection to the Recommended Decision on January 25, 2013. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **Ordered** that the Recommended Decision of the Magistrate Judge is hereby **Adopted**. The movant's 28 U.S.C. § 2255 motion to vacate, set aside or correct sentence is summarily **Denied**.

Finally, I also find at this time that no certificate of appealability should issue because there is no substantial issue that could be presented on appeal. <u>See</u> Fed. R. App. P. 22(b); First Circuit Local Rule 22.0.

**SO ORDERED.**

**DATED THIS 12TH DAY OF FEBRUARY, 2013**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**
